UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

C. JEFFERY EVANS,

        Plaintiff,

   v.

SHREE KRISHNA HOSPITALITY INC.,

        Defendant.

NO. 2:09-cv-2725 FCD DAD

ORDER

----oo0oo----

This matter is before the court on plaintiff C. Jeffrey Evans' motion for leave to file a first amended complaint pursuant to Federal Rule of Civil Procedure 15. Defendant Shree Krishna Hospitality Inc. does not oppose the motion. Accordingly, plaintiff's motion is GRANTED.

IT IS SO ORDERED.

DATED: June 21, 2010

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE