1  STEVEN H. BOVARNICK (State Bar # 99361)
   Sbovarnick@lpslaw.com
2  LELAND, PARACHINI, STEINBERG,
      MATZGER & MELNICK, LLP
3  199 Fremont Street - 21st Floor
   San Francisco, California 94105
4  Telephone: (415) 957-1800
   Facsimile: (415) 974-1520
5
   Attorneys for SONA HOSPITALITY, INC.
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| C. JEFFREY EVANS, | CASE NO. 2:09-CV-02725-FCD-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT SONA HOSPITALITY, INC. TO RESPOND TO COMPLAINT** |
| vs. | |
| DHRUV SHAH; MAHESH SHAH; SHREE KRISHNA HOSPITALITY, INC.; SONA HOSPITALITY, INC.; and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), IT IS HEREBY STIPULATED between plaintiff C. Jeffrey Evans ("Evans") and defendant SONA Hospitality, Inc. ("SONA") that SONA shall have up to and including August 30, 2010 to answer or otherwise respond to Evan's First Amended Complaint.

DATED: August ___, 2010         LELAND, PARACHINI, STEINBERG,
                                MATZGER & MELNICK, LLP


                                By: _____
                                    Steven H. Bovarnick
                                    Attorneys for SONA HOSPITALITY, INC.

DATED: August ___, 2010     LAW OFFICES OF JEFFREY A. BRIGGS

By: _____
Jeffrey A. Briggs
Attorneys for C. JEFFREY EVANS

ORDER

IT IS HEREBY ORDERED that Defendant SONA HOSPITALITY, INC., a California corporation, shall have to and including August 30, 2010 in which to answer or otherwise respond to plaintiff's first amended complaint.

DATED: August 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE