Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE O'HARA & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor, San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com

M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor, San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Attorneys for Defendants
SHREE KRISHNA HOSPITALITY, INC. aka
SHEE KRISHNA HOSPITALITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| C. JEFFERY EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>SHREE KRISHNA HOSPITALITY INC., aka SHEE KRISHNA HOSPITALITY INC.; and DOES ONE through FIFTY, inclusive,<br><br>Defendant. | Case No. 2:09-cv-02725-FCD-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Complaint Filed: September 30, 2009 |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE

PARTIES through their counsel of record as follows:

WHEREAS, the deadline for the completion of discovery is set for April 27, 2011

per the Court's Amended Status (Pretrial Scheduling) Order (E-Pacer Docket Entry 21);

WHEREAS, the deadline for disclosure of expert witnesses is set to close on May 11, 2011 (E-Pacer Docket Entry 21);

WHEREAS, the deadline for supplemental disclosure of expert witnesses is set to close on June 1, 2011 (E-Pacer Docket Entry 21);

WHEREAS, the deadline for expert discovery is set for July 1, 2011 (E-Pacer Docket Entry 21);

WHEREAS, the dispositive motion hearing deadline is set for September 2, 2011 (ECF Docket Entry 21);

WHEREAS, non-expert discovery and disclosure of expert witnesses will not have been completed by the date required pursuant to the Court's Amended Status (Pretrial Scheduling) Order (E-Pacer Docket Entry 21), the parties request an extension of the deadlines for completion of discovery and expert discovery;

THEREFORE, the parties have stipulated and agreed to the following modifications to the Amended Status (Pretrial Scheduling) Order (E-Pacer Docket Entry 21) and seek this Court's approval of the same:

1.      Parties shall have until June 27, 2011 to complete discovery;

2.      Parties shall have until July 11, 2011 to conduct expert witness disclosures;

3.      Parties shall have until August 1, 2011 to conduct supplemental expert witness disclosures;

4.      Parties shall have until August 15, 2011 to complete expert discovery; and

5.      All dispositive motions shall be heard no later than September 16, 2011.

//

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES

DATED: April 28, 2011          **BUSTAMANTE, O'HARA & GAGLIASSO, P.C.**

By: _____/S/_____
ANDREW V. STEARNS
STEVEN M. BERKI,
GAURAV D. SHARMA
Attorneys for Defendant SHREE KRISHNA
HOSPITALITY, INC. aka
SHEE KRISHNA HOSPITALITY, INC.

DATED: April 28, 2011          **THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**

By: _____/S/_____
M. JEFFERY KALLIS
Attorneys for Defendant SHREE KRISHNA
HOSPITALITY, INC. aka
SHEE KRISHNA HOSPITALITY, INC.

DATED: April 28, 2011          **LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP**

By: ____/S/_____
STEVEN H. BOVARNICK
JENNIFER R. GREEN
Attorneys for Defendant SONA HOSPITALITY, INC.

**LAW OFFICES OF JEFFERY A. BRIGGS**

DATED: April 28, 2011     By: _____/S/_____
JEFFERY A. BRIGGS
Attorney for Plaintiff C. JEFFERY EVANS

**FINAL PROCEDURES 15.1 AND 15.2 STATEMENT**

I hereby attest that concurrence in the filing of this document has been obtained from each signatory above pursuant to Local Final Procedures 15.1 and 15.2.

DATED: April 28, 2011                    BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC

By:     /S/
ANDREW V. STEARNS
Attorneys for Defendant SHREE KRISHNA
HOSPITALITY, INC. aka SHEE KRISHNA
HOSPITALITY, INC.

**IT IS SO ORDERED.**

DATED:  April 29, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES