UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

C. JEFFREY EVANS,                          No. 2:09-cv-02725-MCE-DAD

      Plaintiff,

  v.                                       ORDER CONTINUING TRIAL

SHREE KRISHNA HOSPITALITY INC., AKA SHEE KRISHNA HOSPITALITY INC., ET AL.,

      Defendants.
_____/

    YOU ARE HEREBY NOTIFIED the February 4, 2013 jury trial is vacated and continued to **January 13, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **October 31, 2013**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the December 13, 2012 Final Pretrial Conference is vacated and continued to **November 14, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **October 24, 2013** and shall comply with the procedures outlined in the Court's October 26, 2011 Pretrial Scheduling Order.

1

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **October 24, 2013.**  Oppositions must be filed by **October 31, 2013**
6 and any reply must be filed by **November 7, 2013.**  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9     All other due dates set forth in the Court's Pretrial
10 Scheduling Order are confirmed.
11     IT IS SO ORDERED.

Dated: October 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2