1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   C. JEFFREY EVANS,                    No. 2:09-cv-02725-MCE-DAD

12              Plaintiff,

13        v.                              ORDER CONTINUING TRIAL

14   SHREE KRISHNA HOSPITALITY
     INC., AKA SHEE KRISHNA
15   HOSPITALITY INC., ET AL.,

16              Defendants.
     _____/
17

18        YOU ARE HEREBY NOTIFIED the February 4, 2013 jury trial is

19   vacated and continued to **January 13, 2014**, at **9:00 a.m.** in

20   Courtroom 7.  The parties shall file trial briefs not later than

21   **October 31, 2013**.  Counsel are directed to Local Rule 285

22   regarding the content of trial briefs.

23        Accordingly, the December 13, 2012 Final Pretrial Conference

24   is vacated and continued to **November 14, 2013**, at **2:00 p.m.** in

25   Courtroom 7.  The Joint Final Pretrial Statement is due not later

26   than **October 24, 2013** and shall comply with the procedures

27   outlined in the Court's October 26, 2011 Pretrial Scheduling

28   Order.

1

1  The personal appearances of the trial attorneys or person(s) in

2  pro se is mandatory for the Final Pretrial Conference.

3  Telephonic appearances for this hearing are not permitted.

4      Any evidentiary or procedural motions are to be filed by

5  **October 24, 2013.**  Oppositions must be filed by **October 31, 2013**

6  and any reply must be filed by **November 7, 2013.**   The motions

7  will be heard by the Court at the same time as the Final Pretrial

8  Conference.

9      All other due dates set forth in the Court's Pretrial

10  Scheduling Order are confirmed.

11      IT IS SO ORDERED.

12
  Dated: October 4, 2012

13

14  _____

15  MORRISON C. ENGLAND, JR.
  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28