Paul R.M. Cullen, Esq.
Cogburn Law Offices
California State Bar No. 271839
2879 St. Rose Pkwy., Suite 200
Henderson, NV 89052
(702) 384-3616 (tel)
(702) 943-1936 (fax)
Attorney for Plaintiff, C. JEFFREY EVANS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. JEFFREY EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>DHRUV SHAH, MAHESH SHAH, SHREE KRISHNA HOSPITALITY INC., SONA HOSPITALITY INC.; and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-02725-FCD-DAD<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

   Plaintiff C. Jeffery Evans and Defendants Dhruv Shah, Mahesh Shah, Shree Krishna Hospitality Inc. and Sona Hospitality Inc., by and through their respective attorneys of record, hereby stipulate as follows:

   1.    Plaintiff and Defendants agree to the dismissal of all Defendants with prejudice, each party to bear his, her or its own attorneys fees and costs and respectfully request that the entire case be dismissed with prejudice.

   2.    Accordingly, the Parties jointly request the Court to dismiss all parties from this action and that the entire case be dismissed with prejudice.

IT IS SO STIPULATED.

COGBURN LAW OFFICES

Dated:   November 9, 2012           /s/  Paul R.M. Cullen _____
PAUL R.M. CULLEN
Attorney for Plaintiff


LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP.

Dated:   November 9, 2012            /s/  Steven H. Bovarnick (as authorized on 11/9/12)
STEVEN H. BOVARNICK
Attorney for Sona Hospitality, Inc.


BUSTAMONTE O'HARA & GAGLIASSO, P.C.

Dated:   November 13, 2012           /s/  Andrew V. Stearns (as authorized on 11/13/12)
ANDREW V. STEARNS,
Attorney for Shree Krishna Hospitality, Inc.,
Dhruv Shah and Mahesh Shah

### ORDER

Accordingly, it is hereby ordered that:

   1. Defendants are dismissed with prejudice, pursuant to the parties' stipulation.

   2. The Case is dismissed with prejudice.

   3. The Clerk of the Court is directed to close the case.

   **IT IS SO ORDERED**.

Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE